# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    PLAINTIFF,<br>v.<br><br>JEFFERIE GUILLORY,<br><br>    DEFENDANT(S) | Case No. 2:21-cr-23<br><br>**Order Sealing Indictment** |

Based on the government's oral motion and the authority provided by Federal Rule of Criminal Procedure 6(e)(4) and Local Rule IA 10-5, THE COURT HEREBY FINDS AND ORDERS that the indictment in this case and all related documents must be kept under seal until further order of the court.

IT IS FURTHER ORDERED THAT the Clerk's Office for the United States District Court for the District of Nevada must release the sealed indictment to the CJA Panel Resource Attorney, who may use the information in the sealed indictment for the sole purpose of securing defense counsel in a timely manner.

IT IS FURTHER ORDERED THAT, on the day of the arrest of the first defendant in this case, the CJA Resource Attorney may provide defense counsel a copy of the sealed indictment.

Dated: January 27, 2021

_____
UNITED STATES MAGISTRATE JUDGE