RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MARGARET W. LAMBROSE
Assistant Federal Public Defender
Nevada State Bar No. 11626
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Maggie_lambrose@fd.org

Attorney for Jefferie Guillory

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>JEFFERIE GUILLORY,<br><br>          Defendant. | Case No. 2:21-cr-00023-RFB-EJY<br><br>**STIPULATION TO CONDUCT A PRE-PLEA PRESENTENCING INVESTIGATION REPORT** |

IT IS HEREBY STIPULATED AND AGREED by and between Christopher Chiou, Acting United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Margaret W. Lambrose, Assistant Federal Public Defender, counsel for Jefferie Guillory, that the parties request this Court order the Department of Probation to prepare a Pre-Plea Presentence Investigation Report.

The stipulation is entered into for the following reasons:

    1.    Mr. Guillory's criminal convictions arise from cases

adjudicated in Texas and these convictions may make Mr. Guillory ACCA eligible. Whether Mr. Guillory is ACCA will significantly impact his sentencing exposure, negotiations, and his decision regarding how to proceed in this matter.  A pre-plea presence report will promote judicial economy and aid in the manner in which this case is ultimately resolved.

      2.    Undersigned counsel therefore respectfully requests this Court issue an order that the Department of Probation conduct a pre-plea presentence investigation report as soon as possible.

      3.    Undersigned counsel has spoken to the prosecutor, Assistant United States Attorney, Daniel J. Cowhig regarding this request and he has no opposition. The Department of Probation has also been made aware that this request is forthcoming.

This is the first stipulation filed herein.

DATED this 16th day of April, 2021.

| RENE L. VALLADARES | CHRISTOPHER CHIOU |
| Federal Public Defender | Acting United States Attorney |
| | |
| */s/ Margaret W. Lambrose* | */s/ Daniel J. Cowhig* |
| By_____ | By_____ |
| MARGARET W. LAMBROSE | DANIEL J. COWHIG |
| Assistant Federal Public Defender | Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JEFFERIE GUILLORY,<br><br>    Defendant. | Case No. 2:21-cr-00023-RFB-EJY<br><br>**ORDER** |

   IT IS HEREBY ORDERED that the Department of Probation will prepare a Pre-Plea Presentence Investigation Report for Defendant Jefferie Guillory.

   DATED this the 23rd day of April, 2021.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRCT JUDGE

3