RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
MARGARET W. LAMBROSE
Assistant Federal Public Defender
Nevada State Bar No. 11626
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Maggie_Lambrose@fd.org

Attorney for Jefferie Guillory

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>JEFFERIE GUILLORY,<br><br>            Defendant. | Case No. 2:21-cr-00023-RFB-EJY<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Margaret W. Lambrose, Assistant Federal Public Defender, counsel for Jefferie Guillory, that the Sentencing Hearing currently scheduled on May 19, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days from May 19, 2022.

This Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to prepare for Mr. Guillory's sentencing hearing.

2. The defendant is out of custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

4. For scheduling purposes, defense counsel will be out of the district from June 6, 2022 to June 10, 2022.

This is the first request for a continuance of the sentencing hearing.

DATED this 22nd day of April, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Margaret W. Lambrose*<br>By_____<br>MARGARET W. LAMBROSE<br>Assistant Federal Public Defender | */s/ Daniel J. Cowhig*<br>By_____<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JEFFERIE GUILLORY,<br><br>　　　　Defendant. | Case No. 2:21-cr-00023-RFB-EJY<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Thursday, May 19, 2022 at 9:00 a.m., be vacated and continued to June 23, 2022 at the hour of 1:00 p.m.

　　DATED this 27th day of April, 2022.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　RICHARD F. BOULWARE, II
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE