RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
MARGARET W. LAMBROSE
Assistant Federal Public Defender
Nevada State Bar No. 11626
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Maggie_Lambrose@fd.org

Attorney for Jefferie Guillory

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>        v.<br><br>JEFFERIE GUILLORY,<br><br>            Defendant. | Case No. 2:21-cr-00023-RFB-EJY<br><br>**STIPULATION TO CONTINUE<br>SENTENCING HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Margaret W. Lambrose, Assistant Federal Public Defender, counsel for Jefferie Guillory, that the Sentencing Hearing currently scheduled on June 23, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.      Defense counsel needs additional time to prepare for Mr. Guillory's sentencing hearing because of the complicated nature of the criminal history objections at issue.

2.      The defendant is out of custody and agrees with the need for the continuance.

3.      The parties agree to the continuance.

This is the second request for a continuance of the sentencing hearing.

DATED this 16th day of June, 2022.

RENE L. VALLADARES                        JASON M. FRIERSON
Federal Public Defender                       United States Attorney


        /s/ Margaret W. Lambrose              /s/ Daniel J. Cowhig
By_____           By_____
MARGARET W. LAMBROSE                  DANIEL J. COWHIG
Assistant Federal Public Defender        Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

                Plaintiff,

      v.

JEFFERIE GUILLORY,

                Defendant.

Case No. 2:21-cr-00023-RFB-EJY

**ORDER**

    IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Thursday, June 23, 202 at 1:00 p.m., be vacated and continued to ___July 25, 2022___ at the hour of __9_:_00_a_.m.

    DATED this 16th day of June, 2022.

 

_____

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

3